UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

EDUARD LOZOVSKYY, et al., )
)
      Plaintiffs, ) **O R D E R**
)
vs. ) 2:12-CV-1646-PMP-CWH
)
VASSILLI OXENUK, et al., )
)
      Defendants. )

**IT IS ORDERED** Plaintiff's Motion for Default Judgment [16] is **GRANTED.** Default Judgment is hereby entered in favor of Plaintiffs Eduard Lozovskyy, Igor Yefremov, Dmytro Tykhonov, Svitlana Ivanova, Hansen Corporation, Iva Investment Corp. and DX Ventures Limited and against Defendants Vassilli Oxenuk, Oxenuk Financial Corporation, Oxir Investment, Ltd., and Tenta Investments Corp. in the amount of $5,148,191.47, as well as post judgment interest.

Dated: December 5, 2012.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE