✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                                   Nevada

| | |
|---|---|
| Eduard Lozovskyy, et al., | **DEFAULT** |
| | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| V. | |
| Vassilli Oxenuk, et al., | Case Number:  2:12-cv-01646-PMP-CWH |
| Defendants. | |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiffs Eduard Lozovskyy, Igor Yefremov, Dmytro Tykhonov, Svitlana Ivanova, Hansen Corporation, Iva Investment Corp. and DX Ventures Limited and against Defendants Vassilli Oxenuk, Oxenuk Financial Corporation, Oxir Investment, Ltd., and Tenta Investments Corp. in the amount of $5,148,191.47, as well as post judgment interest.

December 5, 2012                                    /s/ Lance S. Wilson

Date                                                      Clerk

                                                          /s/ Ari Caytuero

                                                          (By) Deputy Clerk