James E. Smyth II
Nevada Bar No. 6506
KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone: (702) 792-7000
Fax: (702) 796-7181
Email: jsmyth@kcnvlaw.com

Kevin R. Garden (*pro hac vice*) (VA Bar No. 30244)
International Legal Counsels, PC
325 North Pitt Street, Suite 325
Alexandria, VA 223114
Telephone: (703) 535-5565
Facsimile: (703) 977-1330
E-mail: kg@legal-counsels.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **EDUARD LOZOVSKYY, IGOR YEFREMOV, DMYTRO TYKHONOV, SVITLANA IVANOVA, HANSEN CORPORATION, IVA INVESTMENT CORP., AND DX VENTURES LIMITED**<br><br>Plaintiffs,<br><br>v.<br><br>**VASSILLI OXENUK, OXENUK FINANCIAL CORPORATION, OXIR INVESTMENT, LTD., AND TENTA INVESTMENTS CORP.**<br><br>Defendants. | Case No. 2:12-cv-01646<br><br>**ORDER GRANTING LEAVE TO SERVE NOTICE OF JUDGMENT DEBTOR EXAMINATION ON FEDOR SERGEYEVICH SANNIKOV BY E-MAIL** |

**[PROPOSED] ORDER GRANTING LEAVE TO SERVE NOTICE OF JUDGMENT DEBTOR EXAMINATION ON FEDOR SERGEYEVICH SANNIKOV BY E-MAIL**

Based on the Motion for Leave to Serve Notice of Judgment Debtor Examination of Fedor Sergeyevich Sannikov by E-Mail and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs are granted leave to serve Fedor Sergeyevich Sannikov with notice of judgment debtor examination by e-mail at the following email addresses: fedor@oxenuk.com, fedor.sannikov@gmail.com, and fsannikov@gmail.com.

Dated this 17th day of January, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE