# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EDUARD LOZOVSKYY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.  2:12-cv-01646-PMP-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| VASSILI OXENUK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Defendant Vassili Oxenuk's Motion to Order Translation of Interrogatories and Answers (#47), filed on April 2, 2013.  The Court also considered Plaintiffs' Response (#50), filed on April 11, 2013.

The Court finds that Defendant Vassili Oxenuk has not provided good cause to order Plaintiffs to pay for the translation of Plaintiffs' First Set of Post Judgment Rule 34 Document Requests and Interrogatories into Russian and subsequent translation of Defendant Vassili Oxenuk's Answers into English.  Defendant Vassili Oxenuk asserts that he has inadequate knowledge of English and is insolvent, which prevents him from hiring a translator.  Plaintiffs contend that they have reason to doubt Defendant Vassili Oxenuk's claimed inability to comprehend English given his business activity in Nevada and do not want the Court to impose the heavy burden of translation on them.  The Court finds that it is not justified to order Plaintiff to bear the burden of translation at this time.

Based on the foregoing and good cause appearing therefore.

**IT IS HEREBY ORDERED** that Defendant Vassili Oxenuk's Motion to Order Translation of Interrogatories and Answers (#47) is **denied.**

1   DATED this 12th day of April, 2013.

2

3
　　　　　　　　　　　　　　　_____
4   **C.W. Hoffman, Jr.**
　　**United States Magistrate Judge**