# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDUARD LOZOVSKYY, *et al.*,             )
                                        )
        Plaintiffs,              )   Case No. 2:12-cv-01646-PMP-CWH
                                        )
vs.                                     )   **ORDER**
                                        )
VASSILLI OXENUK, *et al.*,              )
                                        )
        Defendants.              )
_____     )

      This matter is before the Court on Fedor Sergeyevich Sannikov's Ex Parte Motion to Permit Access to Case Management/Electronic Case Files System (#53), filed on April 25, 2013.

      Pursuant to the United States District Court of the District of Nevada's Special Order #109, the ability to file and receive notices electronically is reserved for attorneys unless the court grants a non-attorney authorization to use the electronic filing system (CM/ECF).The Court will grant Fedor Sergeyevich Sannikov access along as he reviews the requirements for electronic filing and agrees to abide by them.

      Based on the foregoing and good cause appearing therefore,

      **IT IS HEREBY ORDERED** that Fedor Sergeyevich Sannikov's Ex Parte Motion to Permit Access to Case Management/Electronic Case Files System (#53) is **granted**.  Fedor Sergeyevich Sannikov must comply with the following procedures in order to activate his CM/ECF account:

    a.    On or before **May 14, 2013,**   Fedor Sergeyevich Sannikov must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

    b.    Fedor Sergeyevich Sannikov  is not authorized to file or receive notices electronically until said certification is filed with the Court within the time frame specified.

      c.      Upon timely filing of the certification, Fedor Sergeyevich Sannikov shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

      **IT IS FURTHER ORDERED** that a copy of this order be served on Fedor Sergeyevich Sannikov by email at fedorsnab@mail.ru.

      DATED this 30th day of April, 2013

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**