1
2
3
4

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

5
6
7  EDUARD LOZOVSKYY, *et al.*,                    )
8                              Plaintiffs,        )        Case No. 2:12-cv-01646-PMP-CWH
                                                  )
9  vs.                                            )        **ORDER**
                                                  )
10 VASSILLI OXENUK, *et al.*,                     )
                                                  )
11                             Defendants.        )
   _____ )
12
13         This matter is before the Court on Vassili Oxenuk's Motion to Permit Access to Case

   Management/Electronic Case Files System (#60), filed on July 25, 2013.
14
15         Pursuant to the United States District Court of the District of Nevada's Special Order #109, the

16 ability to file and receive notices electronically is reserved for attorneys unless the court grants a non-

17 attorney authorization to use the electronic filing system (CM/ECF).The Court will grant Vassili

   Oxenuk access along as he reviews the requirements for electronic filing and agrees to abide by them.
18
19         Based on the foregoing and good cause appearing therefore,

20         **IT IS HEREBY ORDERED** that Vassili Oxenuk's Motion to Permit Access to Case

21 Management/Electronic Case Files System (#60) is **granted**.  Vassili Oxenuk must comply with the

   following procedures in order to activate his CM/ECF account:
22
23         a.     On or before **August 12, 2013**, Vassili Oxenuk must provide certification that he has

24                completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best

25                Practices, and the Civil & Criminal Events Menu that are accessible on this court's

26                website, www.nvd.uscourts.gov.

27         b.     Vassili Oxenuk is not authorized to file or receive notices electronically until said

28                certification is filed with the Court within the time frame specified.

           c.     Upon timely filing of the certification, Vassili Oxenuk shall contact Robert Johnson at

the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

**IT IS FURTHER ORDERED** that a copy of this order be served on Vassili Oxenuk via email at oxenuk@gmail.com.

DATED this 29th day of July, 2013

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**