# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDUARD LOZOVSKYY, *et al.*,

          Plaintiffs,

vs.

VASSILLI OXENUK, *et al.*,

          Defendants.

Case No. 2:12-cv-01646-PMP-CWH

**ORDER**

      This matter is before the Court on Vassili Oxenuk's Motion to Permit Access to Case Management/Electronic Case Files System (#60), filed on July 25, 2013.

      Pursuant to the United States District Court of the District of Nevada's Special Order #109, the ability to file and receive notices electronically is reserved for attorneys unless the court grants a non-attorney authorization to use the electronic filing system (CM/ECF).The Court will grant Vassili Oxenuk access along as he reviews the requirements for electronic filing and agrees to abide by them.

      Based on the foregoing and good cause appearing therefore,

      **IT IS HEREBY ORDERED** that Vassili Oxenuk's Motion to Permit Access to Case Management/Electronic Case Files System (#60) is **granted**.  Vassili Oxenuk must comply with the following procedures in order to activate his CM/ECF account:

      a.    On or before **August 12, 2013**, Vassili Oxenuk must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

      b.    Vassili Oxenuk is not authorized to file or receive notices electronically until said certification is filed with the Court within the time frame specified.

      c.    Upon timely filing of the certification, Vassili Oxenuk shall contact Robert Johnson at

the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

**IT IS FURTHER ORDERED** that a copy of this order be served on Vassili Oxenuk via email at oxenuk@gmail.com.

DATED this 29th day of July, 2013

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**