# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDUARD LOZOVSKYY, *et al.*,   )
                  Plaintiffs,   )   Case No. 2:12-cv-01646-PMP-CWH
                              )
vs.   )   **ORDER**
                              )
VASSILLI OXENUK, *et al.*,   )
                  Defendants.   )

    This matter is before the Court on Defendant Vassili Oxenuk's ("Oxenuk") Letter Requesting an Extension of Time to Comply with Court Order #71 (#72), filed on January 29, 2014. The Court also considered Plaintiffs' Response (#74), filed on February 5, 2014.

    On January 10, 2014, the Court conducted a status conference to determine whether Oxenuk produced the bank records requested by Plaintiffs. The Court ordered that Oxenuk produce the records to Plaintiffs or execute a Power of Attorney by January 24, 2014. On January 29, 2014, Oxenuk submitted a letter detailing correspondence with the bank regarding obtaining the records. He requests more time to complete the process the bank representative described. In response, Plaintiffs request that the Court enforce its prior order and require a Power of Attorney be executed along with Oxenuk completing the process to get the bank records. The Court finds that Oxenuk has not presented good cause for his failure to comply with its January 10, 2014 Order. Accordingly, the Court will require Oxenuk to execute, notarize, and provide to Plaintiffs the Power of Attorney instruments by February 13, 2014 for the purpose of obtaining the identified bank records. In addition, Oxenuk shall continue his attempt to access the bank records by the procedure outlined by the bank representative. He shall submit a status report to the Court explaining his efforts by February 27, 2014.

    Based on the foregoing and good cause appearing therefore,

    **IT IS HEREBY ORDERED** that Defendant Vassili Oxenuk's Letter Requesting an Extension

of Time to Comply with Court Order #71 (#72) is **denied**.

  **IT IS FURTHER ORDERED** that Defendant Vassili Oxenuk shall execute, notarize, and provide to Plaintiffs the Power of Attorney instruments by February 13, 2014.

  **IT IS FURTHER ORDERED** that Defendant Vassili Oxenuk shall submit a status report regarding his efforts to obtain bank records by February 27, 2014.

  DATED this 6th day of February, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**